THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Donald E. Griffin,
 Jr., Appellant,
 v.
 South Carolina
 Department of Corrections, Respondent.
 
 
 

 
Appeal From Administrative Law Court
  John D. Geathers, Administrative Law
Judge

Unpublished Opinion No. 2009-UP-213
 Submitted April 1, 2009  Filed May 20,
2009

AFFIRMED

 
 
 
 Donald Eugene Griffin, Jr., pro se.
 Robert Wesley Jacobs, South Carolina Department of Corrections, of
 Columbia, for Respondent.
 
 
 

PER CURIAM: Donald
 Eugene Griffin, Jr. appeals the Administrative Law Court's (ALC) summary dismal
 of his appeal from the South Carolina 
Department
 of Corrections' (Department) final refusal to change his preferred religion in
 its administrative records.  Griffin argues the ALC's summary dismissal was
 improper because he has a state created liberty interest in his religious
 beliefs.  We affirm pursuant to Rule 220(b), SCACR, and the following authority: Sullivan v. S.C. Dep't of Corr., 355 S.C. 437,
 445, 586 S.E.2d 124, 128 (2003) (finding in the correctional setting, a
 state created liberty interest is "'generally limited to freedom from
 restraint which . . . imposes atypical and significant hardship on the inmate
 in relation to the ordinary incidents of prison life'") (quoting Sandin
 v. Conner, 515 U.S. 472, 484 (1995)).
Griffin also argues the Department's refusal to change his
 preferred religious belief unconstitutionally burdens his freedom to practice
 his religion.  We affirm pursuant to Rule 220(b), SCACR, and the following
 authority: Brown v. S.C. Dep't of
 Health & Envtl. Control, 348 S.C.
 507, 519, 560 S.E.2d 410, 417 (2002) ("[I]ssues not raised to and
 ruled on by the [ALC] are not preserved for appellate consideration."). 
AFFIRMED.[1]
Hearn, C.J., Pieper and Lockemy, JJ., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.